IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC MCMULLEN,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC BUSH, *Superintendent of SCI Pine Grove,* ATTORNEY GENERAL OF THE COMMONWEALTH OF PA, and DISTRICT ATTORNEY OF ALLEGHENY COUNTY,<br><br>    Respondents. | Civil Action No. 15-686<br>Judge Nora Barry Fischer<br>Chief Magistrate Judge Maureen P. Kelly |

## **ORDER OF COURT**

AND NOW, this 26th day of October, 2017, after Petitioner Eric McMullen filed a petition for writ of habeas corpus in the above-captioned matter, and after an answer was filed by Respondents, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until October 23, 2017, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED and a certificate of appealability is DENIED. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc/ecf: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF

cc: ERIC MCMULLEN
JK 9930
S.C.I. Pine Grove
191 Fyock Rd
Indiana, PA 15701

ERIC MCMULLEN
JK 9930
SCI-Somerset
1600 Walters Mill Road
Somerset, PA 15510-0001